RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
The Sierra Bulding
311 Oak Street, Suite 108
Oakland, CA 94607
Telephone: (510) 847-4170
Facsimile: (510) 847-4174
rtamor@TamorLaw.com

Attorneys for Defendant,
IAN CARL GARCIA

JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail: *jjayne@campbelljayne.com*
CAMPBELL & JAYNE LLP
369 Pine Street, Suite 518
San Francisco, California 94104
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
JUAN PAOLO GARCIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF:<br><br>JUAN PAULO D. GARCIA AND IAN CARL GARCIA | CASE NO. CR-09-90136 MISC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM DECEMBER 5, 2011 TO JUNE 5, 2012** |

///

///

In Re: Extradition of: Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

1

The parties in the above-captioned case, through their counsel of record, hereby make the stipulated request to reschedule the date of the Status Conference currently scheduled for December 5, 2011, at 9:30 a.m.

The defendants both reside out of the State of California. It is undersigned counsel's belief that a resolution of the Plunder prosecution in the Philippines giving rise to this extradition matter will be resolved in the next 6-12 months. General Garcia has already executed the Settlement Agreement in the Republic of the Philippines. However, due to the change in administration in the Republic of the Philippines, the process of finalizing General Garcia's plea has been delayed. The acceptance of the plea has been challenged by the administration; however, the Ombudsman did not file a motion to reject the plea, which is a positive sign.

Once these final steps are concluded in the Philippines, the defense and the Government expect that the Republic of the Philippines will drop its extradition demand against the defendants. Accordingly, the parties request a lengthy continuance of the pending matter, since it is expected that nothing can occur before this Court until General Garcia's matter is fully concluded. The parties hope that by June of next year, the matter will be resolved and the extradition matter before this Court dismissed.

Therefore, the parties have mutually agreed that the Status Conference in the matter before this Court should be rescheduled June 5, 2012 at 9:30 a.m., and that the Defendants' appearances be waived.

IT IS SO STIPULATED.

///

In Re: Extradition of: Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

///

///

| | |
|---|---|
| Dated: November 29, 2011 | CAMPBELL & JAYNE |
| | BY:     /S/<br>    JULIA JAYNE |
| | ATTORNEYS FOR DEFENDANT JUAN PAOLO DEPAKAKIBO GARCIA |
| Dated: November 29, 2011 | TAMOR & TAMOR |
| | By:     /S/<br>    RICHARD TAMOR |
| | ATTORNEYS FOR DEFENDANT IAN CARL DEPAKAKIBO GARCIA |
| Dated: November 29, 2011 | MELINDA HAAG<br>UNITED STATES ATTORNEY |
| | By:     /S/<br>    PHILIP KEARNEY |
| | ASSISTANT UNITED STATES ATTORNEY<br>ATTORNEYS FOR THE UNITED STATES SPECIALLY APPEARING FOR THE REPUBLIC OF THE PHILIPPINES. |

*///*

*///*

In Re: Extradition of: Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

# ORDER

**GOOD CAUSE** appearing, it is hereby ordered that the Status Conference currently scheduled for December 5, 2011 will be rescheduled to June 5, 2012 at 9:30 a.m.

Dated: November 30 2011

By: *Elizabeth D. Laporte*
HON. ELIZABETH LAPORTE
U.S. MAGISTRATE JUDGE
Northern District of California

In Re: Extradition of: Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136